152 A.3d 762

**RAMSAY**

v.

**SAWYER PROPERTY MANAGEMENT**

**Pet. Docket No. 461, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1673, Sept. Term, 2015)

Petition for writ of certiorari denied

■

152 A.3d 762

**ROUHANI**

v.

**LAKESIDE REO VENTURES**

**Pet. Docket No. 476, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1209, Sept. Term, 2015)

Petition for writ of certiorari denied